# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2007

132682

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JIMMIE L. MURRY, JR.,
          Plaintiff-Appellee,

v

B. J. YUCHASZ and JILL KULHANEK,
          Defendants-Appellants,

and

JANE DOE,
          Defendant.

SC: 132682
COA: 268909
Washtenaw CC: 04-000900-NI

_____/

On order of the Court, the application for leave to appeal the October 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J., would grant leave to appeal to consider the Court of Appeals dissent.

CAVANAGH, J., not participating, due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2007

s0508

_____
Clerk